**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darin Jones, ) | No. CV 10-2769-PHX-RCB (JRI) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Corrections Corporation of America, ) | |
| Defendant. ) | |

On March 15, 2010, Plaintiff Darin Jones, who is confined in the Lemon Creek Correctional Center in Juneau, Alaska, filed a *pro se* "Complaint Under Civil Rights Act [42 U.S.C. § 1983] (Prisoner)" (Doc. 1) in the United States District Court for the District of Alaska, which was assigned the case number of CV 10-00054-TMB. By Order filed May 12, 2010 (Doc. 12), the Alaska District Court granted Plaintiff's amended application to waive prepayment of fees (Doc. 11), obligated Plaintiff to pay the $350.00 filing fee, and assessed an initial partial filing fee. By Order filed May 28, 2010 (Doc. 13), the Alaska District Court found that the Complaint, liberally construed, may state a cause of action for failure to protect Plaintiff from harm, in violation of his civil rights. The Order also directed service of the Complaint on the Defendant by the United States Marshal and required the Defendant Corrections Corporation of America to file an answer to the Complaint. On November 19, 2010, Defendant filed an Answer (Doc. 61) to the Complaint.

**TERMPSREF**

1
2
3
4

By Order filed December 15, 2010 (Doc. 69), the Alaska District Court transferred the instant action to the United States District Court for the District of Arizona. On December 22, 2010, this action was received from the District Court for the District of Alaska and assigned to the undersigned Judge (Doc. 74).

5
6
7

**IT IS ORDERED** that this matter is **referred** to Magistrate Judge Jay R. Irwin pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1).

8

DATED this 14th day of January, 2011.

9
10
11
12

_____
Robert C. Broomfield
Senior United States District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TERMPSREF**

- 2 -